

# NUMBER 13-23-00584-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

HYSTER-YALE GROUP, INC.,                                              Appellant,

v.

CHRISTOPHER ZIESKE,                                                  Appellee.

## ON APPEAL FROM THE 389TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Longoria and Peña
### Memorandum Opinion by Justice Longoria

This cause is before the Court on an agreed motion to vacate the trial court's final judgment, dismiss case, and release surety. The trial court signed a final judgment on September 28, 2023, and on December 12, 2023, appellant filed a notice of appeal. On March 13, 2024, the cause was abated to finalize a settlement in the matter.

The parties have now reached a settlement agreement wherein they agree to vacate the trial court's final judgment and dismiss this appeal. The parties have further agreed, as part of the settlement, to a complete release of the bond issued by Western Surety Company, dated December 14, 2023, in the amount of $12,470,739.00 and that each party shall bear their own costs.

Upon consideration of the agreed motion, we reinstate the cause, grant the agreed motion, vacate the trial court's final judgment dated September 28, 2023, without reference to the merits, release the surety on the supersedeas bond posted in the case, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1) and 43.2(e). In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Furthermore, the pending amended second joint motion to extend abatement of appeal is hereby denied as moot. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Delivered and filed on the
30th day of May, 2024.

2